Pro Se 14 (INND Rev. 2/20)                                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. UNDERLINE NEATLY print in ink (or type) your answers.]*

-FILED-

SEP 14 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Justin Craig Richards

*[You are the **PLAINTIFF**, print your full name on this line.]*

v.

Steuben County Jail

*[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number _____
1 2 2 C V 3 1 3

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Steuben County Jail | 206 East Gale St. Angola In 46703 |
| 2 | *[Put the names of any other defendants in these boxes.]* Maxwell Hamilton | 206 East Gale St Angola IN 46703 |
| 3 | Captain Hoffnagle | 206 East Gale St. Angola IN 46703 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? Steuben County Jail
206 East Gale St. Angola In 46703

3. Did the event you are suing about happen there? ⦿ Yes. ◯ No, it happened at: _____

_____

4. On what date did this event occur? __04/02/22__

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 4/2/22 the jail staff attacked me on camera

2. I have lost feeling in my limbs since/on that day.

3. I am suffering mental anguish

4. I work with my hands and can no longer work efficiently

5. I now fear police and the sounds of doors shutting

6. I now fear jail staff or anyone in uniform

7. Day to day activities in which I use my hands and or feet have proved extremely difficult and challenging

8. I was denied medical attention

9. My grievences had no response.

10. News v. Lehman 397 F.3d 692 (9th Cir. 2005)

11. Saucier v. Katz 533 US 194 (2001)

12. Harlow v. Fitzgerald 475 US 800 (1982)

13. I was knocked unconscious

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)

Claims and Facts (continued)

14. I was attacked twice

15. Both times I was knocked unconcious.

16. Both times on camera

17. I cant remember the dates

18. they wont tell me the dates
they - the staff

19. Patterson was a witness the second
attack

20. Hamilton instiated the first attack

21. I had my back turned to my attackers
both times

Pro Se 14 (INND Rev. 2/20)                                                                                        page 4

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ⊘ Other: _During booking_

6. Have you ever sued anyone for this exact same event?
   ⊘ No.
   ○ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court,
      case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ⊘ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ⊘ Yes, this event was grievable, but I did not file a grievance because __It__
   __was not offered. "None were available__
   __upon request." I also did not have__
   __a pen and I was injured__

8. If you win this case, what do you want the court to order the defendant(s) to do?
      [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   __Pay a dollar amount of one__
   __million dollars   $1,000,000__

[*Initial Each Statement*]
   _JR_ I will pre-pay the filing fee <u>OR</u> file a prisoner motion to proceed in forma pauperis.
   _JR_ I will keep a copy of this complaint for my records.
   _JR_ I will promptly notify the court of any change of address.
   _JR_ I <u>WILL NOT</u> send more than one copy of any filing to the court.
   _JR_ I <u>WILL NOT</u> send summons, USM-285, or waiver forms to the clerk.
   _JR_ I declare <u>**under penalty of perjury**</u> that the statements in this complaint are true.

   I placed this complaint in the prison mail system on _09_/_09_/20_22_ at _6_ am/pm.
      [*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

_____                    S02-04081
Signature                                          Prisoner Number

      [<u>*DO NOT*</u> *write in the margins or on the back of any pages. Attach additional pages if necessary.*]