UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN CRAIG RICHARDS, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:22-CV-313-HAB-SLC |
| STEUBEN COUNTY JAIL, et al., | |
| Defendants. | |

## ORDER

Justin Craig Richards, a prisoner without a lawyer, filed this lawsuit, but he did not submit a copy of his inmate ledgers along with his motion to proceed in forma pauperis as required. Accordingly, the motion was denied with leave to refile. ECF 3. The court also screened his complaint at that time and noted it did not state any plausible claims. *Id*. He was granted until October 19, 2022, to resolve his filing fee status and to file an amended complaint. *Id*. He was cautioned that if he did not respond by the deadline, the case would be dismissed pursuant to 28 U.S.C. § 1915A without further notice. *Id*. The deadline has passed, and Richards has not responded in any way. Therefore, the case will be dismissed. Nevertheless, he will be required to pay the filing fee. *See* 28 U.S.C. § 1915; *Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997).

For these reasons, the court:

(1) DISMISSES this case WITH PREJUDICE pursuant to 28 U.S.C. § 1915A because the complaint does not state a claim upon which relief can be granted;

(2) ORDERS the plaintiff, **Justin Craig Richards, Steuben County Jail # 502-04081, IDOC # unknown,** to pay (and the facility having custody to automatically remit) to the

clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

    (3) DIRECTS the clerk to create a ledger for receipt of these funds; and

    (4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

    SO ORDERED on October 31, 2022.

                               s/ *Holly A. Brady*
                                JUDGE HOLLY A. BRADY
                                UNITED STATES DISTRICT COURT