# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JUSTIN CRAIG RICHARDS

        Plaintiff

  v.

                                Civil Action No.  1:22-cv-313

STEUBEN COUNTY JAIL

MAXWELL HAMILTON

HUFFNAGLE, Captain

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady

DATE: 11/1/2022                        GARY T. BELL, CLERK OF COURT

                                                         by   s/ S. Jarrell_____
                                                         *Signature of Clerk or Deputy Clerk*